

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2018

No. 04-17-00655-CR

Benjamin **SIMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2121
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Debra Doolittle's notification of late record is hereby noted. The reporter's record is due no later than February 23, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court